# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 30, 2022

## NO. 03-21-00409-CR

## Ex parte Tony Ramirez

### APPEAL FROM THE 460TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order denying appellant's application for writ of habeas corpus entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.